People v Lopez (2020 NY Slip Op 50891(U))

[*1]

People v Lopez (Jose)

2020 NY Slip Op 50891(U) [68 Misc 3d 127(A)]

Decided on July 24, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on July 24, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : MICHELLE WESTON, J.P., DAVID ELLIOT, BERNICE D. SIEGAL, JJ

2017-831 Q CR

The People of the State of New York,
Respondent,
against
Jose Lopez, Appellant. 

New York City Legal Aid Society (Kristina Schwarz of counsel), for appellant.
Queens County District Attorney (John M. Castellano, Johnnette Traill and Anasatsia Spanakos
of counsel), for respondent.

Appeal from two judgments of the Criminal Court of the City of New York, Queens County
(Ushir Pandit-Durant, J.), rendered March 30, 2017. Each judgment convicted defendant, upon
his plea of guilty, of attempted criminal possession of a controlled substance in the seventh
degree, and imposed sentence. Assigned counsel has submitted a brief in accordance with Anders
v California (386 US 738 [1967]), seeking leave to withdraw as counsel.

ORDERED that the judgments of conviction are affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel
pursuant to Anders v California (386 US 738 [1967]), and, upon an independent review
of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal.
Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.;
People v Murray, 169 AD3d 227 [2019]; Matter of Giovanni S. [Jasmin A.], 89
AD3d 252 [2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v
Gonzalez, 47 NY2d 606 [1979]).
WESTON, J.P., ELLIOT and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: July 24, 2020